LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA  94104
Telephone: 415-646-7160
Facsimile:  415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OGGIE Y. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>Defendants. | CASE NO.  C 06 1855 MHP<br><br>Before the Honorable MARILYN HALL PATEL<br><br>~~[PROPOSED]~~ **ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date:     July 10, 2006<br>Conference Time:     4:00 PM<br>Location:                   Courtroom 15, 18th Floor |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

hereby continues the July 10, 2006 Case Management Conference ("CMC") to

November 13, 2006 , at  4:00 p.m.  . In the event the case is not transferred as part of the MDL

No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re*

1  *Zyprexa Liability Litigation,* far enough in advance of the new CMC date, the parties shall file a Joint

2  CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

3  **IT IS SO ORDERED.**

4  DATED:   June 28, 2006 _____

5  Honorable MARILYN HALL PATEL

6  United States District Court Judge



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28